IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:00-cr-534-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>RULING DENYING REQUEST</u> |
| | ) | <u>FOR PRESENTENCE REPORT</u> |
| WILLIAM PAUL CONLEY, | ) | |
| | ) | |
| Defendant. | ) | |

   The law firm of Robinson, Seiler & Anderson, LC ("law firm") seeks "a certified copy of the Presentencing Report [("PSR")] for Mr. Conley," the defendant in the above-referenced action.  (<u>See</u> attached letter from Morgan Fife dated May 25, 2007.)  The law firm asserts in a conclusory manner that the PSR is "important because the facts therein formed the ultimate foundation for the judgment."  (<u>Id.</u>) PSR's "are confidential records of the United States District Court" which are not to be released absent a written petition therefor, "establishing with particularity the need for specific information in the records."  L.R. Crim 32-460(a), (b).

///

///

1

The law firm's request is woefully inadequate to satisfy the required specificity.  Therefore, the request is denied.  The Clerk of the Court is directed to serve a copy of this ruling on the law firm.

Dated:  June 4, 2007

                                                /s/ Garland E. Burrell, Jr.
                                                GARLAND E. BURRELL, JR.
                                                United States District Judge